# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| George Kenneth Schopp, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CA No.: 4:23-cv-568-SDJ |
| | § | |
| v. | § | |
| | § | Class Action |
| National Debt Relief, LLC | § | Jury Demanded |
| | § | |
| Defendant. | § | |

## PLAINTIFF GEORGE KENNETH SCHOPP'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Local Rule CV-26 of the Eastern District of Texas, Plaintiff

George Kenneth Schopp certifies that on August 17, 2023, Plaintiff's Rule 26

Initial Disclosures were served via email on Defendant's attorney of record.

Respectfully submitted:

By:      /s/ Chris R. Miltenberger
         Chris R. Miltenberger
         Texas State Bar Number 14171200

Law Office of Chris R. Miltenberger, PLLC

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023 a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

By:      /s/ Chris R. Miltenberger
         Chris R. Miltenberger