**UNITED STATES DISTRICT COURT**
**Eastern District of Texas**
**Sherman Division**

| | | |
|---|---|---|
| George Kenneth Schopp, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CA No.: 4:23-cv-568-SDJ |
| | § | |
| v. | § | |
| | § | |
| National Debt Relief, LLC, | § | Jury Demanded |
| | § | |
| Defendant. | § | |

**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a) WITH PREJUDICE**

Plaintiff George Kenneth Schopp ("Plaintiff") and National Debt Relief, LLC ("Alleviate") (together, the "Parties"), by and through their respective attorneys of record, hereby submit this stipulation for dismissal of the above-captioned action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, *with prejudice* as to each of the Plaintiff's individual claims, with the Parties to each bear their respective attorneys' fees and costs.

Respectfully submitted,

By: *__/s/ Chris R. Miltenberger*
Chris R. Miltenberger
Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

-and-

LAWREN A. ZANN
Email: lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027

**Attorneys for National Debt Relief, LLC**

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: *<u>/s/ Chris R. Miltenberger</u>*
Chris R. Miltenberger