**UNITED STATES DISTRICT COURT**
**Eastern District of Texas**
**Sherman Division**

| | | |
|---|---|---|
| George Kenneth Schopp, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CA No.: 4:23-cv-568-SDJ |
| | § | |
| v. | § | |
| | § | |
| National Debt Relief, LLC, | § | Jury Demanded |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #___) jointly filed in this cause by Plaintiff George Kenneth Schopp ("Plaintiff") and Defendant National Debt Relief, LLC ("Defendant") (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

ORDERED, ADJUDGED AND DECREED that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.